COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
cbdodrill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Matthew T. Furton, Esq. (admitted *pro hac vice*)
Margaret M. Schuchardt, Esq. (admitted *pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 896-6445

Attorneys for Defendants AdzZoo, LLC,
Kevin Anderton, Scott Anderton, Eric Rodin,
Michael Ippolito, Don Rutt, and Danny Hockenberger

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOCAL AD LINK, INC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ADZZOO, LLC, et al., <br><br> Defendants and Third Party Plaintiffs, <br><br> vs. <br><br> ZURVITA HOLDINGS, INC.; OMNIRELIANT HOLDINGS, INC. <br><br> Third Party Defendants. | CASE NO. 2:09-cv-01564-RCJ-LRL <br><br><br> **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO PROSECUTE** |

**REPLY IN SUPPORT OF MOTION TO DISMISS**
**PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO PROSECUTE**

On April 28, 2010, Defendants AdzZoo, LLC, Kevin Anderton, Scott Anderton, Eric Rodin, Michael Ippolito, Don Rutt, and Danny Hockenberger filed a Motion to Dismiss Plaintiffs' First Amended Complaint for Failure to Prosecute ("Motion"). (Docket No. 58.) The following day, the Court entered an Order regarding the briefing schedule for the Motion. (Docket No. 60.) Under the Order, Plaintiffs' responses to the Motion were due within 14 days from the date of the Order, making the responses due on May 13, 2010. (Apr. 29, 2010 Order, Docket No. 60, at p. 3.) Defendants' reply was due seven days thereafter, on May 20, 2010. (*Id*.) To date, Plaintiffs have not filed responses to Defendants' Motion to Dismiss nor requested extensions of time to do so.

In addition to the reasons set forth in Defendants' Motion, Defendants are entitled to dismissal for want of prosecution because Plaintiffs have failed to file a response to Defendants' Motion. Under Local Rule 7-2, "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." L.R. 7-2(d). The Court's Order further makes clear that, when the non-movant fails to respond to a motion to dismiss, "[t]he court may then grant the motion and dismiss the non-moving party's claims." (Apr. 29, 2010 Order, Docket No. 60, at p. 2.) Under the Local Rules and the applicable Court Orders, therefore, Defendants' Motion may be granted due to Plaintiffs' failure to respond.

Plaintiffs have now violated two Court Orders – the Order of March 15 (Docket No. 46) and the Order of April 29 (Docket No. 60) – and have failed to file responses to Defendants' Counterclaims and Defendants' Motion to Dismiss. For all of the reasons set forth in Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Failure to Prosecute, and for the additional reasons set forth herein, Defendants respectfully request entry of an Order

dismissing Plaintiffs' First Amended Complaint in its entirety, with prejudice, pursuant to Rule 41(b).

DATED this 20th day of May, 2010.

                                              Respectfully submitted,

/s/ Matthew T. Furton
MATTHEW T. FURTON, ESQ. (admitted *pro hac vice*)
Margaret M. Schuchardt, Esq. (admitted *pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 443-0700
Fax:  (312) 896-6445

Colt B. Dodrill, Esq.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
cbdodrill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendants AdzZoo, LLC, Kevin Anderton, Scott Anderton, Eric Rodin, Michael Ippolito, Don Rutt, and Danny Hockenberger

# CERTIFICATE OF SERVICE

1.	On May 20, 2010, I served the above REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO PROSECUTE by the following means to the persons as listed below:

  X   a.	EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

  X   b.	United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Terry Curtin
4923 S Strike it Rich Dr.
Gold Canyon, AZ  85118

Josh Dobrichovsky
2606 E Hartford Ave
Phoenix, AZ 85032

Beyond Commerce, Inc.
750 Coronado Center Dr., Suite 120
Henderson, NV 89052

LocalAdLink, Inc.
c/o Zurvita, Inc.
800 Gessner Road, Suite 110
Houston, TX 77024

Robert McNulty
750 Coronado Center Dr., Suite 120
Henderson, NV 89052

By:  /s/  Margaret M. Schuchardt

4