UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL AD LINK, INC., et al.         )<br>                                                    )<br>            Plaintiffs,             )<br>    vs.                                         )<br>                                                    )<br>ADZZOO, LLC, et al.,                 )<br>                                                    )<br>            Defendants.           )<br>_____) | Case No.:  2:09-cv-01564-GMN-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 111) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered April 16, 2012.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Ferenbach's Recommendation should be ACCEPTED.

**IT IS THEREFORE ORDERED** that Plaintiffs' Complaint is **DISMISSED with prejudice, for failure to prosecute**.

**DATED** this 6th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge