# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LOCAL AD LINK, INC., et al., | ) | Case No.: 2:09-cv-01564-GMN-LRL |
| | ) | |
| Plaintiffs, | ) | **ORDER ACCEPTING** |
| vs. | ) | **RECOMMENDATION (ECF #117)** |
| | ) | |
| ADZZOO, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court for consideration is the Recommendation to Enter Judgment (ECF No. 117) of the Honorable Cam Ferenbach, United States Magistrate Judge, filed on June 8, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Ferenbach's Recommendation is hereby **ACCEPTED,** and the **Clerk of the Court shall enter judgment against the Plaintiffs in the amount of $261,987.50.**

**DATED** this 27th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge